AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>TUCKER, PETRESE B. | 2. Court or Organization<br><br>PA-EASTERN DISTRICT | 3. Date of Report<br><br>12/07/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US DISTRICT JUDGE (ACTIVE) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

| 7. Chambers or Office Address<br><br>ROOM 16613 US COURTHOUSE<br>601 MARKET STREET<br>PHILADELPHIA PA 19106-1751 |
|---|
| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | EXECUTOR | ████ ESTATE |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2000 | COMMONWEALTH OF PA STATE EMPLOYEES' RETIREMENT SYSTEM |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 12/07/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2016 | COMMONWEALTH OF PA STATE EMPLOYEES' RETIREMENT SYSTEM-RETIREMENT PLAN | $27,099.72 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | ADMINISTRATIVE OFFICE OF PA COURTS-COMMON PLEAS COURT JUDGE SALARY |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | PENNSYLVANIA BAR ASSOCIATION | JANUARY 27, 2016 TO JANUARY 31, 2016 | ST MARTEN, NWI | MIDWINTER MEETING | TRAVEL, HOTEL, MEALS |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 12/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | LAND-HALIFAX COUNTY, VA | | None | L | W | | | | | |
| 2. | ROYAL BANK ACCOUNT | A | Interest | J | T | | | | | |
| 3. | PHILA FEDERAL CREDIT UNION ACCOUNT | A | Interest | J | T | | | | | |
| 4. | MERRILL LYNCH CASH ACCOUNT | A | Interest | J | T | | | | | |
| 5. | BANK OF AMERICA CASH ACCOUNT (X) | A | Interest | J | T | | | | | |
| 6. | BIF MONEY FUND | A | Dividend | J | T | | | | | |
| 7. | 3M CO | A | Dividend | J | T | | | | | |
| 8. | ABBOTT LABS | A | Dividend | J | T | Sold (part) | 02/17/16 | J | | |
| 9. | ABBVIE | A | Dividend | J | T | Sold (part) | 11/03/16 | J | A | |
| 10. | ACCENTURE | A | Dividend | J | T | Sold (part) | 10/31/16 | J | A | |
| 11. | ACE LIMITED (Y) | | | | | | | | | |
| 12. | ACTELION LTD | | None | J | T | Buy (add'l) | 03/15/16 | J | | |
| 13. | | | | | | Sold (part) | 10/31/16 | J | A | |
| 14. | ACTIVISION BLIZZARD | | None | | | Sold | 02/17/16 | J | A | |
| 15. | AUTOMATIC DATA PROCESSING | A | Dividend | J | T | | | | | |
| 16. | ADVANCE AUTO PARTS (Y) | | | | | | | | | |
| 17. | AIA GROUP | | None | | | Buy | 04/21/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 12/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold | 10/31/16 | J | A | |
| 19. ALLIANZ | A | Dividend | J | T | Buy | 10/31/16 | J | | |
| 20. ALBEMARLE (Y) | | | | | | | | | |
| 21. ALLERGAN | | None | | | Sold | 02/17/16 | J | A | |
| 22. ALLIANCE DATA SYSTEMS | | None | | | Sold | 01/28/16 | J | | |
| 23. ALTRIA GROUP | A | Dividend | K | T | Sold (part) | 04/04/16 | J | A | |
| 24. ALPHABET CL C | | None | | | Sold | 10/31/16 | J | A | |
| 25. ALPHABET CL A | | None | | | Sold | 10/31/16 | J | A | |
| 26. AMAZON | | None | | | Sold | 02/17/16 | J | A | |
| 27. AMERICAN EXPRESS | A | Dividend | J | T | | | | | |
| 28. AMEREN | A | Dividend | J | T | Buy | 10/31/16 | J | | |
| 29. AMGEN (X) | A | Dividend | J | T | | | | | |
| 30. AMERICAN AXLE & MFG (Y) | | | | | | | | | |
| 31. AMERISAFE | A | Dividend | J | T | Buy | 08/05/16 | J | | |
| 32. AMTR FINANCIAL SRVS | A | Dividend | J | T | | | | | |
| 33. ANALOG DEVICES | A | Dividend | | | Sold | 06/07/16 | J | A | |
| 34. ANHEUSER-BUSCH INBEV | A | Dividend | | | Sold | 10/31/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 12/07/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. AON | A | Dividend | J | T | Sold (part) | 10/31/16 | J | A | |
| 36. APPLE | A | Dividend | J | T | Buy (add'l) | 02/11/16 | J | | |
| 37. | | | | | Sold (part) | 02/17/16 | J | A | |
| 38. | | | | | Sold (part) | 10/31/16 | J | A | |
| 39. APPLIED MATERIAL | | None | | | Sold | 10/31/16 | J | A | |
| 40. ASML HLDG NV NY | | None | | | Sold | 02/16/16 | J | | |
| 41. ASSA ABLOY AB | | None | | | Sold | 10/31/16 | J | A | |
| 42. ASTRONICS | | None | J | T | | | | | |
| 43. ARCHER DANIELS | A | Dividend | J | T | | | | | |
| 44. AUTOHOME (Y) | | | | | | | | | |
| 45. AUTOZONE | | None | | | Sold | 10/31/16 | J | A | |
| 46. ASTRAZENECA | A | Dividend | J | T | Buy | 10/31/16 | J | | |
| 47. AXA | A | Dividend | J | T | Buy | 10/31/16 | J | | |
| 48. AIR PRODUCTS | A | Dividend | J | T | Buy | 11/30/16 | J | | |
| 49. AT&T | A | Dividend | J | T | Buy | 10/31/16 | J | | |
| 50. BAIDU | | None | | | Sold | 06/16/16 | J | A | |
| 51. B B & T | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 12/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. BAESYS | A | Dividend | J | T | Buy | 10/31/16 | J | | |
| 53. B/E AEROSPACE | | None | | | Sold | 11/07/16 | J | | |
| 54. BALSHEM CORP | A | Dividend | J | T | | | | | |
| 55. BANCO DO BRASIL (Y) | | | | | | | | | |
| 56. BANK OF THE OZARKS (Y) | | | | | | | | | |
| 57. BAXTER INTERNTL (Y) | | | | | | | | | |
| 58. BASF | A | Dividend | J | T | Buy | 10/31/16 | J | | |
| 59. BCE | A | Dividend | J | T | | | | | |
| 60. BLACKROCK | A | Dividend | J | T | | | | | |
| 61. BLOCK H & R | A | Dividend | J | T | Buy (add'l) | 02/08/16 | J | | |
| 62. BOSTON BEER CO (Y) | | | | | | | | | |
| 63. BRISTOL-MYERS SQUIBB | | None | | | Sold | 10/11/16 | J | A | |
| 64. BRITISH AMN TOBACO | A | Dividend | J | T | | | | | |
| 65. BERKSHIRE HATHAWAY | A | Dividend | J | T | Buy | 02/08/16 | J | | |
| 66. CA INC | A | Dividend | J | T | | | | | |
| 67. CANADIAN NATL RAILWAY | | None | | | Buy | 06/16/16 | J | | |
| 68. | | | | | Sold | 10/31/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 12/07/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. CARLSBERG | | None | | | Buy | 09/28/16 | J | | |
| 70. | | | | | Sold | 10/31/16 | J | | |
| 71. CARNIVAL | A | Dividend | J | T | | | | | |
| 72. CHECK POINT SOFTWARE | | None | | | Sold | 09/09/16 | J | | |
| 73. CHEVRON | A | Dividend | J | T | Sold (part) | 12/16/16 | J | | |
| 74. CHIPOLTLE MEXICAN GRILL | | None | | | Buy | 02/11/16 | J | | |
| 75. | | | | | Sold | 02/11/16 | J | A | |
| 76. CHUBB | A | Dividend | J | T | Buy (add'l) | 01/28/16 | J | | |
| 77. | | | | | Sold (part) | 02/17/16 | J | A | |
| 78. CIGNA | A | Dividend | J | T | Buy | 04/13/16 | J | | |
| 79. CINN FINCL | A | Dividend | J | T | Sold (part) | 04/04/16 | J | A | |
| 80. CISCO SYSTEMS | A | Dividend | J | T | Sold (part) | 04/04/16 | J | A | |
| 81. CIE GENERALE | A | Dividend | J | T | | | | | |
| 82. CITI GROUP | A | Dividend | J | T | | | | | |
| 83. COCA COLA | A | Dividend | J | T | Sold (part) | 07/07/16 | J | A | |
| 84. COTY | A | Dividend | J | T | Buy | 10/12/16 | J | | |
| 85. CME | A | Dividend | J | T | Buy | 10/31/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 12/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  COLGATE PALMOLIVE | A | Dividend | J | T | Buy | 10/31/16 | J | | |
| 87.  COLLIERS INTERNTL | A | Dividend | J | T | Buy | 10/31/16 | J | | |
| 88.  COMM BK AUS | A | Dividend | J | T | Buy | 10/31/16 | J | | |
| 89.  COMCAST | A | Dividend | J | T | Sold (part) | 04/04/16 | J | A | |
| 90.  COMPASS GROUP | | None | | | Sold | 10/31/16 | J | | |
| 91.  COMMUNICATONS SALES AND LEASING | | None | | | Sold | 02/19/16 | J | | |
| 92.  CONOCOPHILLIPS | | None | | | Sold | 02/05/16 | J | | |
| 93.  CONTINENTAL AG SPNRD | | None | | | Sold | 10/31/16 | J | | |
| 94.  CORRECTIONS CORP OF AMERICA | | None | | | Sold | 10/12/16 | J | | |
| 95.  CORVEL CORP | | None | | | Sold | 10/13/16 | J | | |
| 96.  COSTCO WHOLESALE | | None | | | Sold | 02/17/16 | J | A | |
| 97.  CREDIT ACCEPTANCE CORP | | None | J | T | | | | | |
| 98.  CROWN HOLDINGS | A | Dividend | J | T | | | | | |
| 99.  CREDIT SUISSE GP (Y) | | | | | | | | | |
| 100.  CVS HEALTH CORP | A | Dividend | J | T | Sold (part) | 10/31/16 | J | B | |
| 101.  CROWN CASTLE REIT (Y) | | | | | | | | | |
| 102.  CUMMINS (X) | | None | | | Sold | 04/21/16 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 12/07/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. DAIWA HOUSE IND | | None | | | Sold | 10/31/16 | J | A | |
| 104. DAIMLER | A | Dividend | J | T | Buy | 10/31/16 | J | | |
| 105. DAVIDE CAMPARI MILANO | | None | | | Sold | 10/31/16 | J | A | |
| 106. DANAHER CORP | A | Dividend | J | T | Sold (part) | 08/23/16 | J | A | |
| 107. DELPHI AUTOMOTIVE | A | Dividend | J | T | | | | | |
| 108. DEUTSCHE POST | A | Dividend | J | T | Buy | 10/31/16 | J | | |
| 109. DEUTSCHE TELE | A | Dividend | J | T | Buy | 10/31/16 | J | | |
| 110. DIAGEO PLC | A | Dividend | J | T | Buy (add'l) | 10/21/16 | J | | |
| 111. DOMINION RES | A | Dividend | J | T | | | | | |
| 112. DOW CHEMICAL | A | Dividend | J | T | Buy | 10/31/16 | J | | |
| 113. DIAMOND HILL INV | A | Dividend | J | T | Buy | 02/22/16 | J | | |
| 114. DISNEY | A | Dividend | J | T | Sold (part) | 02/17/16 | J | | |
| 115. DISCOVER FINCL | A | Dividend | J | T | Buy (add'l) | 10/31/16 | J | | |
| 116. DORMAN PRODUCTS | | None | J | T | | | | | |
| 117. DREW INDUSTRIES | | None | J | T | | | | | |
| 118. DUKE ENERGY | A | Dividend | J | T | | | | | |
| 119. DUPONT | A | Dividend | J | T | Buy (add'l) | 10/31/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. EAGLE BANCORP | | None | J | T | | | | | |
| 121. EATON CORP | A | Dividend | J | T | | | | | |
| 122. ELI LILLY & CO | A | Dividend | J | T | Sold (part) | 07/17/16 | J | B | |
| 123. EMERSON ELECTRIC | A | Dividend | J | T | Sold (part) | 01/27/16 | J | | |
| 124. ENERSYS | A | Dividend | J | T | | | | | |
| 125. EOG RESOURCES | A | Dividend | J | T | Sold (part) | 10/31/16 | J | | |
| 126. ESTERLINE TECHNOLOGIES | | None | | | Sold | 03/03/16 | J | | |
| 127. EXXON MOBIL | A | Dividend | J | T | | | | | |
| 128. ENTERGY | A | Dividend | J | T | Buy | 10/31/16 | J | | |
| 129. EXPONENT | A | Dividend | J | T | Buy | 05/31/16 | J | | |
| 130. EXTRA SPACE STORAGE | A | Dividend | J | T | Buy | 10/31/16 | J | | |
| 131. FACEBOOK | | None | | | Sold | 02/04/16 | J | A | |
| 132. FASTENAL CO | A | Dividend | J | T | | | | | |
| 133. FEDERATED INVESTORS | | None | | | Sold | 02/05/16 | J | | |
| 134. FEDEX (Y) | | | | | | | | | |
| 135. FIDELITY NATL INFO SERVICES | A | Dividend | J | T | Sold (part) | 10/31/16 | J | A | |
| 136. FIRST SERVICE SUB (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 12/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. FLEETCOR TECH | | None | | | Sold | 02/17/16 | J | | |
| 138. FRANKLIN RES | | None | | | Sold | 06/01/16 | J | | |
| 139. FISERV | A | Dividend | J | T | Buy | 05/11/16 | J | | |
| 140. GALLAGHER ARTHUR J & CO | | None | | | Sold | 01/29/16 | J | | |
| 141. GEA GROUP | | None | | | Buy | 04/21/16 | J | | |
| 142. | | | | | Sold | 10/21/16 | J | | |
| 143. GENERAL ELECTRIC | A | Dividend | J | T | Sold (part) | 04/04/16 | J | A | |
| 144. GENERAL MILLS | A | Dividend | J | T | Sold (part) | 10/19/16 | J | A | |
| 145. GENERAL MOTORS | A | Dividend | J | T | Sold (part) | 02/10/16 | J | | |
| 146. GENERAL DYNAMICS | A | Dividend | J | T | | | | | |
| 147. GILEAD SCIENCES | | None | J | T | Buy | 02/17/16 | J | | |
| 148. GOLDMAN SACHS GROUP | A | Dividend | J | T | | | | | |
| 149. GP STRATEGIES | | None | J | T | | | | | |
| 150. HALLIBURTON | A | Dividend | J | T | Sold (part) | 03/29/16 | J | | |
| 151. GLAXOSMITH KLINE (X) | A | Dividend | J | T | | | | | |
| 152. HARTFORD FINCL SVCS | | None | | | Sold | 02/09/16 | K | A | |
| 153. HASBRO | A | Dividend | J | T | Sold (part) | 07/08/16 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 12/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  HCA HOLDINGS | | None | | | Sold | 02/17/16 | J | | |
| 155.  HEICO CORP | A | Dividend | J | T | | | | | |
| 156.  HELEN OF TROY LTD | | None | J | T | | | | | |
| 157.  HOME BANCSHARES | A | Dividend | J | T | | | | | |
| 158.  HOME DEPOT | A | Dividend | J | T | Sold (part) | 02/17/16 | J | A | |
| 159.  HONEYWELL INTL | A | Dividend | J | T | Sold (part) | 10/31/16 | J | B | |
| 160.  HSN | | None | | | Sold | 12/16/16 | J | | |
| 161.  IDEXX LAB | | None | | | Sold | 02/17/16 | J | | |
| 162.  ILLINOIS TOOL WORKS | A | Dividend | J | T | Sold (part) | 08/11/16 | J | A | |
| 163.  INTEL CORP | A | Dividend | J | T | Sold (part) | 04/04/16 | J | A | |
| 164.  IMPERIAL BRANDS | A | Dividend | J | T | | | | | |
| 165.  IBM | A | Dividend | J | T | Sold (part) | 06/08/16 | J | | |
| 166.  INTERCONTINENTAL | | None | | | Sold | 10/31/16 | J | A | |
| 167.  INTL BK RECON & DEVELOP | | None | | | Buy | 04/11/16 | J | | |
| 168. | | | | | Sold | 11/02/16 | J | | |
| 169.  INTUIT | | None | | | Sold | 02/17/16 | J | A | |
| 170.  IRON MTN | A | Dividend | J | T | Buy | 10/31/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 12/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. INSPERITY | A | Dividend | J | T | Buy | 11/07/16 | J | | |
| 172. INGERSOL RAND | A | Dividend | J | T | Buy | 10/31/16 | J | | |
| 173. J M SMUCKER | A | Dividend | J | T | Buy (add'l) | 05/25/16 | J | | |
| 174. | | | | | Sold (part) | 03/29/16 | J | A | |
| 175. JOHNSON & JOHNSON | A | Dividend | J | T | | | | | |
| 176. JOHNSON CONTROLS | A | Dividend | J | T | Sold (part) | 10/31/16 | J | | |
| 177. JPMORGAN CHASE SER MTN | | None | J | T | | | | | |
| 178. JP MORGAN CHASE | A | Dividend | K | T | Sold (part) | 11/16/16 | J | A | |
| 179. KDDI CORP | | None | | | Sold | 10/31/16 | J | A | |
| 180. KELLOGG | | None | | | Sold | 10/31/16 | J | A | |
| 181. KIMBERLY CLARK | A | Dividend | J | T | Sold (part) | 10/25/16 | J | A | |
| 182. KINDER MORGAN | A | Dividend | J | T | | | | | |
| 183. KLX | A | Dividend | J | T | | | | | |
| 184. KASIKORNBANK (X) | | None | | | Sold | 08/09/16 | J | | |
| 185. LEGACYTEXAS FINL FINCL | A | Dividend | J | T | | | | | |
| 186. LEVEL 3 COMMUNICATIONS | | None | | | Sold | 02/17/16 | J | | |
| 187. LINKEDIN (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 12/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  LITHIA MOTORS | A | Dividend | J | T | | | | | |
| 189.  LOCKHEED MARTIN | A | Dividend | J | T | Sold (part) | 04/04/16 | J | A | |
| 190.  LOWES | A | Dividend | J | T | Sold (part) | 07/20/16 | J | B | |
| 191.  LYONDELLBASELL IND | A | Dividend | J | T | | | | | |
| 192.  MADISON SQUARE GARDEN | | None | J | T | | | | | |
| 193.  MANHATTAN ASSOCS | | None | J | T | | | | | |
| 194.  MANITOWOC FOODSVC | | None | | | Buy | 10/11/16 | J | | |
| 195. | | | | | Sold | 10/31/16 | J | | |
| 196.  MARSH & MCLENNAN | | None | J | T | | | | | |
| 197.  MASTERCARD | | None | | | Sold | 06/16/16 | J | A | |
| 198.  MAXIM INTEGRATED PRODUCTS | A | Dividend | J | T | | | | | |
| 199.  MCDONALDS | | None | J | T | | | | | |
| 200.  MCGRAW HILL FINCL (Y) | | | | | | | | | |
| 201.  MCKESSON | A | Dividend | J | T | Sold (part) | 10/28/16 | J | A | |
| 202.  MEDTRONIC | | None | J | T | | | | | |
| 203.  MEAD JOHNSON NUTRITION | | None | | | Sold | 10/31/16 | J | A | |
| 204.  MERCK & CO | A | Dividend | J | T | Sold (part) | 11/30/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 12/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 10/31/16 | J | | |
| 206. METLIFE (Y) | | | | | | | | | |
| 207. MICROSOFT | A | Dividend | K | T | Sold (part) | 10/31/16 | J | B | |
| 208. | | | | | Buy (add'l) | 05/04/16 | J | | |
| 209. MOLSON COOR BREWING | | None | | | Sold | 10/31/16 | J | A | |
| 210. MONROE MUFFLER BRAKE | | None | | | Sold | 12/12/16 | J | A | |
| 211. MONSANTO | A | Dividend | J | T | Sold (part) | 10/31/16 | J | | |
| 212. MONDELEZ INTL | A | Dividend | J | T | Buy | 10/31/16 | J | | |
| 213. MICROCHIP TECH | A | Dividend | J | T | Buy | 10/31/16 | J | | |
| 214. MUNCHENER | A | Dividend | J | T | Buy | 10/31/16 | J | | |
| 215. NASDAQ OMX GRP | A | Dividend | J | T | | | | | |
| 216. NATIONAL GENERAL | A | Dividend | J | T | | | | | |
| 217. NEENAH PAPER | A | Dividend | J | T | | | | | |
| 218. NEOGEN | | None | J | T | | | | | |
| 219. NESTLE | A | Dividend | J | T | | | | | |
| 220. NEWMARKET CORP | A | Dividend | J | T | | | | | |
| 221. NEXTERA ENERGY | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 12/07/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. NEW FSV CORP | A | Dividend | J | T | | | | | |
| 223. NETFLIX COM | | None | | | Sold | 02/17/16 | J | | |
| 224. NOBLE ENERGY (Y) | | | | | | | | | |
| 225. NORFOLK SOUTHERN | | None | J | T | Sold (part) | 04/04/16 | J | A | |
| 226. NORTHROP GRUMMAN | A | Dividend | J | T | Sold (part) | 11/23/16 | J | A | |
| 227. NOVARTIS | | None | | | Sold | 03/14/16 | J | A | |
| 228. NOVO NORDISK A S | A | Dividend | J | T | Sold (part) | 10/31/16 | J | | |
| 229. NXP SEMICONDUCTORS | | None | | | Sold | 10/31/16 | J | A | |
| 230. NATIONAL GRID | A | Dividend | J | T | Buy | 10/31/16 | J | | |
| 231. NATIONAL GENERAL HLDGS (X) | | None | J | T | Sold (part) | 05/16/16 | J | A | |
| 232. NASDAQ OMX GRP (X) | | None | J | T | Sold (part) | 04/04/16 | J | A | |
| 233. NEILSEN HLDGS | A | Dividend | J | T | Buy | 10/31/16 | J | | |
| 234. OCCIDENTAL PETE | A | Dividend | J | T | | | | | |
| 235. OIL STS INTL (Y) | | | | | | | | | |
| 236. ON ASSIGNMENT INC | | None | J | T | | | | | |
| 237. ONEMAIN HOLDINGS (Y) | | | | | | | | | |
| 238. OPEN TEXT CORP | A | Dividend | J | T | Sold (part) | 10/05/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 12/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. OSI SYSTEM | | None | J | T | Sold (part) | 05/19/16 | J | | |
| 240. ORKLA | A | Dividend | J | T | Buy | 10/31/16 | J | | |
| 241. ORACLE (X) | | None | | | Buy (add'l) | 02/04/16 | J | | |
| 242. | | | | | Sold | 02/17/16 | J | | |
| 243. PEOPLES UNITED | A | Dividend | J | T | Buy | 10/31/16 | J | | |
| 244. PACKAGING CORP OF AM | A | Dividend | J | T | Buy | 10/31/16 | J | | |
| 245. PAREXEL INTRNL | | None | J | T | | | | | |
| 246. PATRICK INDS | A | Dividend | J | T | Buy | 03/14/16 | J | | |
| 247. PAYCHEX | A | Dividend | J | T | Sold (part) | 11/04/16 | J | A | |
| 248. PPL CORP | A | Dividend | J | T | Buy | 10/31/16 | J | | |
| 249. PEPSICO | A | Dividend | J | T | Sold (part) | 04/04/16 | J | A | |
| 250. PFIZER | A | Dividend | K | T | Sold (part) | 08/31/16 | J | | |
| 251. PHILIPS 66 | A | Dividend | J | T | Buy | 10/31/16 | J | | |
| 252. PHILIP MORRIS INTL | A | Dividend | J | T | | | | | |
| 253. PNC FINCL SERVICES | A | Dividend | J | T | Sold (part) | 04/04/16 | J | | |
| 254. PPG INDUSTRIES | A | Dividend | J | T | Sold (part) | 04/04/16 | J | | |
| 255. PRICE T ROWE GROUP | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. PRA GROUP | | None | J | T | | | | | |
| 257. PRAXAIR | A | Dividend | J | T | Buy | 10/31/16 | J | | |
| 258. PROCTOR & GAMBLE | A | Dividend | J | T | Sold (part) | 10/31/16 | J | A | |
| 259. PROVIDENT FINCL | | None | | | Sold | 06/17/16 | J | | |
| 260. PRUDENTIAL PLC | | None | | | Sold | 10/31/16 | J | | |
| 261. PRUDENTIAL FINCL (X) | | None | J | T | Sold (part) | 07/27/16 | J | | |
| 262. PUBLIC STORAGE REIT | A | Dividend | J | T | Sold (part) | 04/04/16 | J | A | |
| 263. QUALCOMM | A | Dividend | J | T | | | | | |
| 264. QUINTILES TRANSNATIONAL | | None | | | Sold | 10/31/16 | J | A | |
| 265. RAYTHEON CO | | None | | | Sold | 04/20/16 | J | | |
| 266. RELX NV | | None | | | Sold | 10/31/16 | J | A | |
| 267. REYNOLDS AMERICAN | A | Dividend | J | T | Sold (part) | 10/31/16 | J | B | |
| 268. REGAL ENT | A | Dividend | J | T | Buy | 10/31/16 | J | | |
| 269. ROCHE HLDG | A | Dividend | J | T | Buy | 10/31/16 | J | | |
| 270. ROCKWELL INTL (X) | | None | | | Sold | 10/31/16 | J | A | |
| 271. REALITY INCM (X) | A | Dividend | J | T | Sold (part) | 07/07/16 | J | A | |
| 272. RLI CORP ILLINOIS | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. RYOHIN KEIKAKU CO LTD | A | Dividend | J | T | Sold (part) | 10/31/16 | J | | |
| 274. ROGERS COMM | A | Dividend | J | T | Buy | 10/31/16 | J | | |
| 275. ROYAL BANK | A | Dividend | J | T | | | | | |
| 276. ROYAL DUTCH SHELL (X) | A | Dividend | J | T | | | | | |
| 277. SAMPO PLC | | None | | | Sold | 10/31/16 | J | A | |
| 278. SANDISK | | None | | | Sold | 01/25/16 | J | | |
| 279. SANLAM LTD | | None | | | Sold | 10/31/16 | J | | |
| 280. SCHLUMBERGER LTD | A | Dividend | J | T | Sold (part) | 10/31/16 | J | | |
| 281. SCHWAB CHARLES | | None | | | Sold | 10/31/16 | J | A | |
| 282. SHERWIN WILLIAMS | | None | | | Sold | 02/17/16 | J | A | |
| 283. SHIRE PLC | | None | | | Sold | 10/31/16 | J | | |
| 284. SPECTRA ENERGY | A | Dividend | J | T | Sold (part) | 10/26/16 | J | A | |
| 285. STARBUCKS | | None | | | Sold | 02/17/16 | J | A | |
| 286. STARWOOD HOTELS & RESORTS | | None | | | Sold | 02/17/16 | J | | |
| 287. SYMRISE AG | | None | | | Sold | 10/31/16 | J | A | |
| 288. SANOFI (X) | A | Dividend | J | T | | | | | |
| 289. SCOR | A | Dividend | J | T | Buy | 10/31/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 12/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. SIEMENS | A | Dividend | J | T | Buy | 10/31/16 | J | | |
| 291. SKY | A | Dividend | J | T | Buy | 10/31/16 | J | | |
| 292. SOUTHERN | A | Dividend | J | T | Buy | 10/31/16 | J | | |
| 293. SSE | A | Dividend | J | T | Buy | 10/31/16 | J | | |
| 294. STATOIL ASA | A | Dividend | J | T | Buy | 10/31/16 | J | | |
| 295. SVENSKA HANDELS BANKEN | A | Dividend | J | T | Buy | 10/31/16 | J | | |
| 296. SWISSCOM | A | Dividend | J | T | Buy | 10/31/16 | J | | |
| 297. S&P GLOBAL (X) | | None | | | Sold | 10/31/16 | J | A | |
| 298. SNAP ON | | None | | | Buy | 06/29/16 | J | | |
| 299. | | | | | Sold | 10/31/16 | J | A | |
| 300. STATE STREET (X) | | None | | | Sold | 03/31/16 | J | | |
| 301. TAIWAN S MANUFACTURING | A | Dividend | J | T | | | | | |
| 302. TARGET CORP | A | Dividend | J | T | Sold (part) | 11/16/16 | J | A | |
| 303. TE CONNECIVIVITY | | None | J | T | Buy | 10/31/16 | J | | |
| 304. TELENOR | | None | | | Sold | 02/16/16 | J | | |
| 305. TELSTRA | A | Dividend | J | T | Buy | 10/31/16 | J | | |
| 306. TEVA PHARMACUETICAL | | None | | | Sold | 10/04/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| TUCKER, PETRESE B. | 12/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. TEXAS INSTRUMENTS | A | Dividend | J | T | Sold (part) | 08/23/16 | J | A | |
| 308. TENCENT HOLDINGS | | None | | | Buy | 06/17/16 | J | | |
| 309. | | | | | Sold | 10/31/16 | J | A | |
| 310. THE MOSAIC CO | A | Dividend | J | T | | | | | |
| 311. THERMO FISHER SCIENTIFIC | A | Dividend | J | T | Sold (part) | 10/31/16 | J | A | |
| 312. TIME WARNER | A | Dividend | J | T | | | | | |
| 313. TRAVELERS | A | Dividend | J | T | Sold (part) | 04/06/16 | J | A | |
| 314. TREEHOUSE FOODS (Y) | | | | | | | | | |
| 315. TYCO | A | Dividend | J | T | | | | | |
| 316. TYLER TECHS | A | Dividend | J | T | | | | | |
| 317. TE CONNECTIVITY | A | Dividend | J | T | Buy (add'l) | 10/31/16 | J | | |
| 318. TERNA SPA | A | Dividend | J | T | Buy | 10/31/16 | J | | |
| 319. TOTAL | A | Dividend | J | T | Buy | 10/31/16 | J | | |
| 320. UNILEVER PLC | A | Dividend | J | T | | | | | |
| 321. ULTIMATE SOFTWARE GRP | | None | | | Sold | 02/17/16 | J | | |
| 322. UNION PACIFIC | A | Dividend | J | T | Sold (part) | 06/16/16 | J | | |
| 323. | | | | | Buy (add'l) | 10/31/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 12/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. UNITED TECHS CORP | A | Dividend | J | T | Sold (part) | 10/31/16 | J | | |
| 325. UNITEDHEALTH GROUP | A | Dividend | J | T | Buy (add'l) | 10/31/16 | J | | |
| 326. US BANCORP | A | Dividend | J | T | | | | | |
| 327. UNION PACIFIC | A | Dividend | J | T | | | | | |
| 328. UNIBAIL RODAMCO | A | Dividend | J | T | Buy | 10/31/16 | J | | |
| 329. UNITED PARCEL | A | Dividend | J | T | | | | | |
| 330. VANTIV (X) | | None | | | Sold | 10/31/16 | J | A | |
| 331. VASCULAR SOLUTIONS | A | Dividend | J | T | Buy (add'l) | 08/08/16 | J | | |
| 332. VENTAS INC REIT | A | Dividend | J | T | | | | | |
| 333. VERIZON COMMUNICATIONS | A | Dividend | J | T | Sold (part) | 12/22/16 | J | A | |
| 334. VERTEX PHARMACUETICALS | | None | | | Sold | 02/17/16 | J | | |
| 335. VISA | | None | | | Sold | 02/17/16 | J | B | |
| 336. VODAFONE GRP | A | Dividend | J | T | | | | | |
| 337. VF CORP | A | Dividend | J | T | Buy | 10/31/16 | J | | |
| 338. WASTE MGMT | A | Dividend | J | T | Buy | 10/31/16 | J | | |
| 339. WAGEWORKS | A | Dividend | J | T | Buy | 10/05/16 | J | | |
| 340. WEC ENERGY GRP | A | Dividend | J | T | Sold (part) | 08/31/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 12/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. WELLSTOWER | A | Dividend | J | T | Sold (part) | 02/17/16 | J | | |
| 342. WELLS FARGO & CO | A | Dividend | K | T | Sold (part) | 12/15/16 | J | A | |
| 343. WESCO AIRCRAFT HOLDINGS | | None | J | T | | | | | |
| 344. WEST PAC | | None | J | T | Buy | 10/31/16 | J | | |
| 345. WEX | | None | J | T | | | | | |
| 346. WHIRLPOOL (X) | A | Dividend | J | T | | | | | |
| 347. WISCONSIN ENERGY (Y) | | | | | | | | | |
| 348. WOLTERS KLUWR NV SPN | | None | | | Sold | 10/31/16 | J | A | |
| 349. WORLD FUEL SERVICES | A | Dividend | J | T | | | | | |
| 350. XCEL ENERGY | A | Dividend | J | T | Buy | 01/06/16 | J | | |
| 351. ZOETIS | | None | | | Sold | 10/31/16 | J | A | |
| 352. GUGGENHEIM ENERGY & INCOME FUND | B | Dividend | L | T | | | | | |
| 353. WELLS FARGO & CO NON CUM PFD CL A | | None | | | Sold | 12/31/16 | J | | |
| 354. US TREASURY NOTE .25% FEB 29 2016 | A | Interest | | | Sold | 02/29/16 | J | | |
| 355. US TREASURY NOTE .375% MAR 31 2016 | A | Interest | | | Sold | 03/31/16 | K | | |
| 356. US TREASURY NOTE .375% APR 30 2016 | A | Interest | | | Sold | 04/30/16 | J | | |
| 357. US TREASURY NOTE .25% MAY 15 2016 | A | Interest | | | Sold | 05/15/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 12/07/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. US TREASURY NOTE .625% JUL 15 2016 | A | Interest | | | Sold | 07/15/16 | J | | |
| 359. US TREASURY NOTE .625% FEB 15 2017 | A | Interest | | | Sold | 10/24/16 | J | | |
| 360. US TREASURY NOTE .75% MAR 15 2017 | A | Interest | | | Sold | 10/31/16 | J | | |
| 361. US TREASURY NOTE .5% APR 30 2017 | A | Interest | | | Sold | 10/31/16 | J | | |
| 362. US TREASURY NOTE .625% MAY 31 2017 | A | Interest | | | Sold | 10/31/16 | J | | |
| 363. FEDERAL HOME LN MTGE CORP 1% SEP 29 2017 | A | Interest | | | Sold | 10/31/16 | J | | |
| 364. US TREASURY NOTE 1.5% FEB 28 2019 | A | Interest | | | Sold | 04/11/16 | K | A | |
| 365. US TREASURY NOTE 1.375% AUG 31 2020 | A | Interest | | | Sold | 10/31/16 | J | A | |
| 366. US TREASURY NOTE .75% FEB 28 2018 | A | Interest | | | Buy | 07/19/16 | J | | |
| 367. | | | | | Sold | 10/31/16 | J | | |
| 368. WELLS FARGO & CO SER MTN 1.4% SEP 8 2017 | A | Interest | | | Sold | 10/31/16 | J | | |
| 369. MORGAN STANLEY GLB 1.875% JAN 5 2018 | A | Interest | | | Sold | 10/31/16 | J | | |
| 370. GOLDMAN SACHS GRP SER GLB 2.375% JAN 22 2018 | A | Interest | | | Sold | 10/31/16 | J | | |
| 371. JP MORGAN CHASE & CO SER H 1.7% MAR 1 2018 | A | Interest | | | Sold | 10/31/16 | J | | |
| 372. BLACKROCK ALLOCATION TARGET | C | Interest | | | Sold | 10/31/16 | L | | |
| 373. US TREASURY .875% APR 15 2020 | A | Interest | | | Buy | 05/04/16 | J | | |
| 374. | | | | | Sold | 10/31/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 12/07/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. US TREASURY 1% DEC 31 2020 | A | Interest | | | Buy | 01/19/16 | J | | |
| 376. | | | | | Sold | 10/31/16 | J | | |
| 377. USD KFW 1.25% SEP 30 2019 | A | Interest | | | Buy | 10/24/16 | J | | |
| 378. | | | | | Sold | 11/01/16 | J | | |
| 379. USD KFW 1.87% JUN 30 2020 | A | Interest | | | Buy | 04/11/16 | J | | |
| 380. | | | | | Sold | 10/20/16 | J | | |
| 381. INTL BK RECON & DEVELOP 1.875% MAR 15 2019 | A | Interest | | | Buy | 04/11/16 | J | | |
| 382. | | | | | Sold | 11/02/16 | J | | |
| 383. US TREASURY .25% FEB 29 2020 (X) | A | Interest | | | Sold | 02/29/16 | J | | |
| 384. US TREASURY .375% APR 30 2020 (X) | A | Interest | | | Sold | 05/02/16 | J | | |
| 385. US TREASURY .375% MAR 31 2020 (X) | A | Interest | | | Sold | 03/31/16 | K | | |
| 386. US TREASURY .625% JUL 15 2020 (X) | A | Interest | | | Sold | 07/15/16 | J | | |
| 387. US TREASURY .75% AUG 31 2020 | A | Interest | | | Buy | 09/15/16 | J | | |
| 388. | | | | | Sold | 10/31/16 | J | | |
| 389. US TREASURY .875 % MAR 31 2020 | A | Interest | | | Buy | 04/11/16 | K | | |
| 390. | | | | | Sold | 10/31/16 | K | | |
| 391. US TREASURY 1.% OCT 31 2020 | A | Interest | | | Buy | 05/04/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 12/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Sold | 09/15/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 12/07/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ PETRESE B. TUCKER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544